```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 16817
   LESLEY A WARD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1160


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 09/14/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.00%.

     The case was dismissed after confirmation 09/29/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED VEHIC   30844.70        2812.35        2974.21
WELLS FARGO AUTO FINANCE  UNSECURED       NOT FILED           .00             .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED           .00             .00
US CELLULAR               UNSECURED       NOT FILED           .00             .00
CASH ADVANCE NET          UNSECURED       NOT FILED           .00             .00
CASHCALL INC              UNSECURED       NOT FILED           .00             .00
CASH ADVANCE              UNSECURED       NOT FILED           .00             .00
CROWN LENDING             UNSECURED       NOT FILED           .00             .00
IMMANUEL LUTHERAN         UNSECURED       NOT FILED           .00             .00
GENESIS FINANCIAL SERVIC  UNSECURED          571.00           .00             .00
GECC                      UNSECURED       NOT FILED           .00             .00
UPFRONTMONEY.COM          UNSECURED       NOT FILED           .00             .00
FIRST AMERICAN CASH ADVA  UNSECURED          435.31           .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      306.33           .00          306.33
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,500.00                       3,002.70
TOM VAUGHN                TRUSTEE                                           729.41
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                     9,825.00

PRIORITY                                       306.33
SECURED                                      2,974.21
    INTEREST                                 2,812.35
UNSECURED                                         .00
ADMINISTRATIVE                               3,002.70
TRUSTEE COMPENSATION                           729.41
DEBTOR REFUND                                     .00
                         --------------   --------------

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16817 LESLEY A WARD
```

| | | |
|---|---|---|
| TOTALS | 9,825.00 | 9,825.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```